UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

_____

BRANDON CALLIER,                                §
                                                §
                                                §
                        Plaintiff,              §
                                                §
                                                §
            v.                                  §       EP-23-cv-00302-KC
                                                §
POWUR, PBC INC dba POWUR, a Delaware            §
Corporation                                     §
                                                §
                        Defendant.              §
                                                §
_____        §

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Brandon Callier with his First Amended Complaint and will

allege and show as follows:

**PARTIES**

1.      Plaintiff BRANDON CALLIER ("Plaintiff") is a natural person, a resident of the Western

District of Texas, and was present in Texas for all automated text messages, in this case in El

Paso County, Texas.

2.      Defendant POWUR, PBC INC dba POWER ("Power") is a corporation organized and

existing under the laws of Delaware and can be served via registered agent INCORP Services

Inc, 815 Brazos Street, STE 500, Austin, Texas 78701.

3.      Non-named Defendant AK TELEMARKETING ("Offshore Telemarketer") is an offshore

telemarketing company based out of Bahria Town Islamabad, Pakistan operating from the

website https://aktelemarketing.pk.com, with ashikiani22@gmail.com as the contact email

address.  Offshore Telemarketer placed the calls at issue on behalf of Defendant Powur.

1

4.      Non-named Defendant ANONYMOUS TELEMARKETER NUMBER TWO ("Anonymous Telemarketer") is a telemarketing company that made solicitation phone calls from phone number 209-457-2342 on behalf of Powur agents to solicit solar panels.  Through information and belief this company is offshore and located in Pakistan.

## JURISDICTION AND VENUE

5.      Jurisdiction. This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. ¶ 1331 because the TCPA is a federal statute. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012).

6.      This Court has general personal jurisdiction over Defendant because Defendant maintains physical offices in Texas including in this very District.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the calls and sale of goods and services directed at Texas residents, including the Plaintiff—occurred in this District and because the Plaintiff resides in this District.  Residing in the Western District of Texas when Plaintiff received every single unauthorized call from Defendants is the subject matter of this lawsuit.

## THE TELEPHONE CONSUMER PROTECTION ACT
## OF 1991, 47 U.S.C. § 227

8.      In 1991, Congress enacted the TCPA to restrict the use of sophisticated telemarketing equipment that could target millions of consumers *en masse*.  Congress found that these calls were not only a nuisance and an invasion of privacy to consumers specifically but were also a threat to interstate commerce generally.  *See* S. Rep. No. 102-178, at 2-3 (1991), as reprinted in 1991 U.S.C.C.A.N. 1968, 1969-71.

9.      The TCPA makes it unlawful "to make any call (other than a call made for emergency

purposes or made with the prior express consent of the called party) using an automatic telephone dialing system ('ATDS") or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

10.     The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by the United States or is exempted by rule or order" of the Federal Communication Commission ("FCC"). 47 U.S.C. § 227(b)(1)(B).

11.     The TCPA provides a private cause of action to persons who receive calls in violation of § 227(b). 47 U.S.C. § 227(b)(3).

12.     Separately, the TCPA bans telemarketing calls without a do-not-call policy available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).[1]

13.     The TCPA provides a private cause of action to persons who receive calls in violation of § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

14.     According to findings of the FCC, the agency vested by Congress with authority to issue regulations implementing the TCPA, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls and can be costly and inconvenient.

15.     The FCC also recognizes that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used." *In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 FCC Rcd. 14014, 14115 ¶ 165 (2003).

16.     The FCC requires "prior express written consent" for all autodialed or prerecorded telemarketing robocalls to wireless numbers and residential lines.  In particular:[A] consumer's

---

[1] *See* Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017) (codifying a June 26, 2003 FCC order).

written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1) received clear and conspicuous disclosure of the consequences of providing the requested consent, *i.e.*, that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates. In addition, the written agreement must be obtained without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.

17.     *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks omitted). FCC regulations "generally establish that the party on whose behalf a solicitation is made bears ultimate responsibility for any violations." *In the Matter of Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 10 FCC Rcd. 12391, 12397 ¶ 13 (1995).

18.     The FCC confirmed this principle in 2013, when it explained that "a seller … may be held vicariously liable under federal common law principles of agency for violations of either section 227(b) or section 227(c) that are committed by third-party telemarketers." *In the Matter of the Joint Petition Filed by Dish Network, LLC*, 28 FCC Rcd. 6574, 6574 ¶ 1 (2013).

19.     Under the TCPA, a text message is a call. *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 951 – 52 (9th Cir. 2009).

20.     A corporate officer involved in the telemarketing at issue may be personally liable under the TCPA. *E.g.*, *Jackson Five Star Catering, Inc. v. Beason*, Case No. 10-10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any courts have held that corporate actors can be individually liable for violating the TCPA where they had direct, personal participation in or personally authorized the conduct found to have violated the statute." (internal

quotation marks omitted)); *Maryland v. Universal Elections*, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If an individual acting on behalf of a corporation could avoid individual liability, the TCPA would lose much of its force.").

## FACTUAL ALLEGATIONS

21.     Plaintiff personally and successfully registered his phone number ending in 4604 to the National Do-Not-Call Registry ("DNC") in December 2007.

22.     Defendant Powur offers solar panel services.

23.     Plaintiff received at least twenty-five (25) unauthorized calls to his personal cell phone ending in 4604 from Defendant Powur from May 2, 2023, to May 23, 2023, soliciting solar panel installation.

24.     Plaintiff informed the overseas telemarketer on multiple occasions that he did not want solar panels and to stop calling.

25.     Plaintiff received a series of telemarketing phone calls from an offshore telemarketer who identified himself as "Jordan." Plaintiff has outlined each of the phone calls in Table A.

26.     On or about September 2023 Plaintiff began to receive telemarketing phone calls from Anonymous Telemarketer soliciting solar panels.  Plaintiff has outlined each of the phone calls in Table B.

27.     The calls in Table A were placed by Offshore Telemarketer located in Pakistan.  Offshore Telemarketer is beyond the reach of the laws of the United States.

28.     The calls in Table B were placed by Anonymous Telemarketer located in Pakistan. Anonymous Telemarketer is beyond the reach of the laws of the United States.

29.     The calls in Table C were placed directly to Plaintiff by authorized representatives and/or employees of Powur.

30.     Defendant Powur, through its authorized representatives Jerell Mixon ("Mixon"), Luis
Perez ("Perez"), Genesis Segovia ("Segovia"), Derrick Grant ("Grant"), Brain Farrell ("Farrell"),
Kyle Braveman ("Braveman"), Jerrell Mixon ("Mixon"), Edward Zajac ("Zajac"), Bobby Smith
("Smith"), Robert Hall ("Hall"), and Eric Garcia ("Garcia"), Garrett Allred ("Allred"), together
"Powur Sales Team," hired Offshore Telemarketer and Anonymous Telemarketer to place phone
calls to generate leads and set solar consultation appointments on behalf of Powur.

31.     Powur equipped the Powur Sales Team with Powur websites and authorized the Powur
sales team to use the Powur logo, Powur infrastructure, Powur software, and Powur proprietary
information to market Powur products and services.

32.     Powur provided Perez with the website https://powur.com/luis.perez5.

33.     Powur provided Segovia with the website https://powur.com/genesissegovia.

34.     Powur provided Grant with the website https://powur.com/highpointsolar.

35.     Powur provided Farrell with the website https://powur.com/brian.farrell.

36.     Powur provided Braveman with the website https://powur.com/kyle.braveman.

37.     Powur provided Mixon with the website https://powur.com/solarjerell.

38.     Powur provided Zajac with the website https://powur.com/edzajac.

39.     Powur provided Smith with the website https://powur.com/bobby.smith.

40.     Powur provided Hall with the website https://powur.com/robt.hall.

41.     Powur provided Garcia with the website https://powur.com/eric.garcia.

42.     Powur provided Allred with the website https://powur.com/garrett.allred.

43.     Each of the websites in paragraphs 32-42 contains the trademarked Powur image
registered with the United States Patent and Trademark Office: registration number 4892915,
serial number 86672494.

44.     Each of the websites in paragraphs 32-42 contains the trademarked Powur image registered with the United States Patent and Trademark Office: registration number 4893809, serial number 86672488,

45.     Each of the websites in paragraphs 32-42 do not contain the word "independent." None of the websites in paragraphs 32-42 call the Powur Solar Sales Team member "independent."

46.     Each of the websites in paragraphs 32-42 uses Powur's name, image, and likeness, to market solar panels.

47.     Powur has the ability to rescind the websites in paragraphs 32-42 without the consent of any of the Powur Sales Team members.

48.     Powur's websites do nothing to dissuade the notion that each of the Powur Sales Team members in paragraphs 32-42 are authorized Powur employees/agents and not independent contractors.

49.     Calls 1- 24. From May 2, 2023, to May 23, 2023, Plaintiff received a series of phone calls soliciting solar panels. Each of these phone calls came from phone number 862-362-5001. The phone calls originated offshore from Pakistan.

50.     On May 23, 2023, at 10:47 AM, Plaintiff received a phone call from phone number 862-362-5001 soliciting solar panels. Plaintiff set an appointment with the offshore telemarketer in order to determine who had hired the offshore telemarketer.

51.     On May 23, 2023, at 10:57 AM Plaintiff received a phone from phone number 480-431-7017. Plaintiff answered the phone and Jerell Mixon was on the other end. Mixon confirmed the appointment set by the offshore telemarketer who called from phone number 862-362-5001.

52.     On May 24, 2023, Plaintiff had a Zoom meeting with Mixon. During the meeting, Mixon asked Plaintiff whether the offshore telemarketer was courteous in setting the appointment.

53.     On May 28, 2023, Plaintiff sent an email to Powur alerting them of the unwanted phone calls and requesting that the calls stop.  Plaintiff has read receipt tracking on his email and was able to see that Powur read the email approximately 32 times.

54.     Plaintiff similarly set appointments with each of the Powur Sales Team representatives in order to find out what company on whose behalf they were contacting Plaintiff.

55.     Powur continued to call Plaintiff despite reading the DNC email 32 times.

56.     Plaintiff received approximately 158 phone calls soliciting solar panels from Powur after Powur received Plaintiff's DNC request.  Each of these 158 phone calls was a knowing and willful violation.

57.     On August 4, 2023, Plaintiff received yet another phone call from phone number 862-362-5001.  Plaintiff answered the phone and the Pakistani telemarketer solicited Plaintiff for solar panels.  Plaintiff feigned interest in order to determine if it was Powur yet again soliciting Plaintiff.

58.     The Pakistani telemarketer in paragraph 57 live transferred Plaintiff to Powur representative Luis Perez.  There was no break in the call chain when Plaintiff was transferred to Perez.  Perez confirmed a Zoom appointment with Plaintiff.

59.     On August 7, 2023, Plaintiff had a Zoom appointment with Plaintiff.  After the Zoom appointment, Perez emailed Plaintiff a copy of the solar proposal from Powur.  The email began, "Hi Brandon, great talking to you today!"

60.     Each and every call at issue in this Complaint is a solicitation call marketing solar panel installation.

61.     On August 17, 2023, Plaintiff filed Complaint EP-23-cv-00302-KC in the Western District of Texas alleging TCPA violations by Powur.

62.     On August 18, 2023, Plaintiff and Powur executed a Waiver of Service.

63.     On August 20, 2023, Plaintiff emailed Powur attorney's and alerted them of the continuing phone calls being received by Plaintiff.

64.     Powur responded on August 21, 2023, acknowledging receipt of the email in paragraph 63 and asked Plaintiff to let them know if Plaintiff was contacted again.

65.     On August 25, 2023, Plaintiff received a phone call from phone number 862-362-5001. Plaintiff answered the phone call from Offshore Telemarketer and was live transferred to Grant who solicited Plaintiff for solar panels on behalf of Powur.

66.     On August 25, 2023, Plaintiff sent Powur counsel an email and again alerted them of the unwanted phone calls.  Plaintiff informed Powur Grant had contacted him on their behalf.

67.     On August 28, 2028, Powur's counsel responded to Plaintiff's email from paragraph 66 and stated "Powur does not make outbound telemarketing phone calls" and to "Please do let me know if you are contacted again by others claiming to be affiliated with Powur."  The implication being Powur was not affiliated with Derrick Grant.

68.     Derrick Grant was provided by Powur with a website https://powur.com/highpointsolar.

69.     Grant made eight (8) direct solicitation phone calls to Plaintiff after Plaintiff alerted the Powur counsel about the phone calls.

70.     On or about September 2023 Plaintiff began to receive phone calls from phone number 209-457-2342.  Through information and belief this company is located offshore in Pakistan. This company will hereinafter be referred to as "Anonymous Telemarketer.

71.     Anonymous Telemarketer made 70 solicitation phone calls on behalf of Powur Sales Team representatives and scheduled appointments for Zajac, Garcia, and Smith.  Anonymous Telemarketer may have scheduled appointments for additional Powur Sales Team members.

72.     Anonymous Telemarketer made direct live transfers to multiple Powur representatives on solicitation phone calls.

73.     Table A shows the calls sent to Plaintiff by Defendant Powur from Offshore Telemarketer.

**TABLE A:**

| **Number** | **Date** | **Time** | **Caller ID** | **Notes** |
|---|---|---|---|---|
| 1. | 05/02/2023 | 11:26 AM | 862-362-5001 | Offshore telemarketer |
| 2. | 05/02/2023 | 11:27 AM | 862-362-5001 | Offshore telemarketer |
| 3. | 05/02/2023 | 12:51 PM | 862-362-5001 | Offshore telemarketer |
| 4. | 05/02/2023 | 10:06 PM | 862-362-5001 | Offshore telemarketer |
| 5. | 05/05/2023 | 2:24 PM | 862-362-5001 | Offshore telemarketer |
| 6. | 05/05/2023 | 2:24 PM | 862-362-5001 | Offshore telemarketer |
| 7. | 05/05/2023 | 2:24 PM | 862-362-5001 | Offshore telemarketer |
| 8. | 05/05/2023 | 2:24 PM | 862-362-5001 | Offshore telemarketer |
| 9. | 05/05/2023 | 2:24 PM | 862-362-5001 | Offshore telemarketer |
| 10. | 05/05/2023 | 2:25 AM | 862-362-5001 | Offshore telemarketer |
| 11. | 05/05/2023 | 4:17 PM | 862-362-5001 | Offshore telemarketer |
| 12. | 05/05/2023 | 4:18 PM | 862-362-5001 | Offshore telemarketer |
| 13. | 05/08/2023 | 11:16 AM | 862-362-5001 | Offshore telemarketer |

| | | | | |
|---|---|---|---|---|
| **14.** | 05/08/2023 | 11:16 AM | 862-362-5001 | Offshore telemarketer |
| **15.** | 05/08/2023 | 12:15 PM | 862-362-5001 | Offshore telemarketer |
| **16.** | 05/08/2023 | 12:16 PM | 862-362-5001 | Offshore telemarketer |
| **17.** | 05/08/2023 | 12:20 PM | 862-362-5001 | Offshore telemarketer |
| **18.** | 05/08/2023 | 12:57 PM | 862-362-5001 | Offshore telemarketer |
| **19.** | 05/18/2023 | 12:05 PM | 862-362-5001 | Offshore telemarketer |
| **20.** | 05/18/2023 | 12:05 PM | 862-362-5001 | Offshore telemarketer |
| **21.** | 05/18/2023 | 12:59 PM | 862-362-5001 | Offshore telemarketer |
| **22.** | 05/19/2023 | 4:41 PM | 862-362-5001 | Offshore telemarketer |
| **23.** | 05/19/2023 | 4:41 PM | 862-362-5001 | Offshore telemarketer |
| **24.** | 05/23/2023 | 10:47 AM | 862-362-5001 | Offshore telemarketer |
| **25.** | 05/23/2023 | 10:57 AM | 480-431-7017 | Offshore telemarketer |
| | 05/28/2023 | | | Sent Demand Letter and DNC request |
| **26.** | 06/07/2023 | 10:20 AM | 862-362-5001 | Offshore telemarketer |
| **27.** | 06/07/2023 | 10:21 AM | 862-362-5001 | Offshore telemarketer |
| **28.** | 06/12/2023 | 1:58 AM | 862-362-5001 | Offshore telemarketer |
| **29.** | 06/12/2023 | 2:01 PM | 862-362-5001 | Offshore telemarketer |

| | | | | |
|---|---|---|---|---|
| **30.** | 06/21/2023 | 2:28 PM | 862-362-5001 | Offshore telemarketer |
| **31.** | 06/22/2023 | 10:41 AM | 862-362-5001 | Offshore telemarketer |
| **32.** | 06/22/2023 | 10:41 AM | 862-362-5001 | Offshore telemarketer |
| **33.** | 06/22/2023 | 10:42 AM | 862-362-5001 | Offshore telemarketer |
| **34.** | 06/22/2023 | 10:43 AM | 862-362-5001 | Offshore telemarketer |
| **35.** | 06/22/2023 | 12:54 PM | 862-362-5001 | Offshore telemarketer |
| **36.** | 06/23/2023 | 10:33 AM | 862-362-5001 | Offshore telemarketer |
| **37.** | 06/25/2023 | 11:10 AM | 862-362-5001 | Offshore telemarketer |
| **38.** | 06/26/2023 | 10:41 AM | 862-362-5001 | Offshore telemarketer |
| **39.** | 06/26/2023 | 10:41 AM | 862-362-5001 | Offshore telemarketer |
| **40.** | 06/26/2023 | 4:38 PM | 862-362-5001 | Offshore telemarketer |
| **41.** | 07/05/2023 | 3:23 PM | 862-362-5001 | Offshore telemarketer |
| **42.** | 07/06/2023 | 12:35 PM | 862-362-5001 | Offshore telemarketer |
| **43.** | 07/07/2023 | 9:46 AM | 862-362-5001 | Offshore telemarketer |
| **44.** | 07/07/2023 | 9:48 AM | 862-362-5001 | Offshore telemarketer |
| **45.** | 07/07/2023 | 10:05 AM | 862-362-5001 | Offshore telemarketer |
| **46.** | 07/07/2023 | 1:49 PM | 862-362-5001 | Offshore telemarketer |
| **47.** | 07/07/2023 | 1:49 PM | 862-362-5001 | Offshore telemarketer |
| **48.** | 07/10/2023 | 4:48 PM | 862-362-5001 | Offshore telemarketer |

| | | | | |
|---|---|---|---|---|
| **49.** | 07/18/2023 | 1:04 PM | 862-362-5001 | Offshore telemarketer |
| **50.** | 07/22/2023 | 10:42 AM | 862-362-5001 | Offshore telemarketer |
| **51.** | 07/25/2023 | 10:17 AM | 862-362-5001 | Offshore telemarketer |
| **52.** | 07/31/2023 | 1:36 PM | 862-362-5001 | Offshore telemarketer |
| **53.** | 08/01/2023 | 11:54 AM | 862-362-5001 | Offshore telemarketer |
| **54.** | 08/01/2023 | 11:55 AM | 862-362-5001 | Offshore telemarketer |
| **55.** | 08/01/2023 | 3:28 PM | 862-362-5001 | Offshore telemarketer |
| **56.** | 08/01/2023 | 3:34 PM | 862-362-5001 | Offshore telemarketer |
| **57.** | 08/01/2023 | 4:14 PM | 862-362-5001 | Offshore telemarketer |
| **58.** | 08/01/2023 | 4:26 PM | 862-362-5001 | Offshore telemarketer |
| **59.** | 08/02/2023 | 12:49 PM | 862-362-5001 | Offshore telemarketer |
| **60.** | 08/03/2023 | 4:54 PM | 862-362-5001 | Offshore telemarketer |
| **61.** | 08/04/2023 | 11:33 AM | 862-362-5001 | Offshore telemarketer |
| **62.** | 08/04/2023 | 11:34 AM | 862-362-5001 | Offshore telemarketer |
| **63.** | 08/04/2023 | 11:35 AM | 862-362-5001 | Offshore telemarketer |
| **64.** | 08/07/2023 | 11:20 AM | 862-362-5001 | Offshore telemarketer |
| **65.** | 08/07/2023 | 11:21 AM | 862-362-5001 | Offshore telemarketer |
| **66.** | 08/07/2023 | 1:27 PM | 862-362-5001 | Offshore telemarketer |

| 67. | 08/07/2023 | 1:29 PM | 862-362-5001 | Offshore telemarketer |
|---|---|---|---|---|
| 68. | 08/07/2023 | 1:29 PM | 862-362-5001 | Offshore telemarketer |
| 69. | 08/07/2023 | 2:29 PM | 862-362-5001 | Offshore telemarketer |
| 70. | 08/07/2023 | 5:41 PM | 862-362-5001 | Offshore telemarketer |
| 71. | 08/07/2023 | 5:43 PM | 862-362-5001 | Offshore telemarketer |
| 72. | 08/07/2023 | 5:43 PM | 862-362-5001 | Offshore telemarketer |
| 73. | 08/07/2023 | 5:44 PM | 862-362-5001 | Offshore telemarketer |
| 74. | 08/08/2023 | 5:35 PM | 862-362-5001 | Offshore telemarketer |
| 75. | 08/08/2023 | 5:36 PM | 862-362-5001 | Offshore telemarketer |
| 76. | 08/10/2023 | 3:09 PM | 862-362-5001 | Offshore telemarketer |
| 77. | 08/10/2023 | 3:10 PM | 862-362-5001 | Offshore telemarketer |
| 78. | 08/11/2023 | 10:12 AM | 862-362-5001 | Offshore telemarketer |
| 79. | 08/11/2023 | 11:54 AM | 862-362-5001 | Offshore telemarketer |
| 80. | 08/14/2023 | 1:51 PM | 862-362-5001 | Offshore telemarketer |
| 81. | 08/16/2023 | 1:46 PM | 862-362-5001 | Offshore telemarketer |
| 82. | 08/16/2023 | 2:06 PM | 862-362-5001 | Offshore telemarketer |
| 83. | 08/16/2023 | 5:32 PM | 862-362-5001 | Offshore telemarketer |
| 84. | 08/25/2023 | 3:43 PM | 862-362-5001 | Offshore telemarketer |
| 85. | 08/25/2023 | 3:46 PM | 862-362-5001 | Offshore telemarketer |

| 86. | 08/28/2023 | 3:19 PM | 862-362-5001 | Offshore telemarketer |
| 87. | 08/28/2023 | 3:45 PM | 862-362-5001 | Offshore telemarketer |
| 88. | 08/28/2023 | 4:03 PM | 862-362-5001 | Offshore telemarketer |
| 89. | 08/28/2023 | 4:18 PM | 862-362-5001 | Offshore telemarketer |
| 90. | 08/28/2023 | 5:26 PM | 862-362-5001 | Offshore telemarketer |

## TABLE B – Calls from Anonymous Telemarketer

| **Number** | **Date** | **Time** | **Caller ID** | **Notes** |
|---|---|---|---|---|
| 1. | 09/02/2023 | 1:03 PM | 209-457-2342 | Anonymous Telemarketer |
| 2. | 09/02/2023 | 2:05 PM | 209-457-2342 | Anonymous Telemarketer |
| 3. | 09/05/2023 | 12:03 PM | 209-457-2342 | Anonymous Telemarketer |
| 4. | 09/05/2023 | 2:22 PM | 209-457-2342 | Anonymous Telemarketer |
| 5. | 09/06/2023 | 10:29 AM | 209-457-2342 | Anonymous Telemarketer |
| 6. | 09/06/2023 | 10:31 AM | 209-457-2342 | Anonymous Telemarketer |
| 7. | 09/06/2023 | 10:43 AM | 209-457-2342 | Anonymous Telemarketer |
| 8. | 09/08/2023 | 11:23 AM | 209-457-2342 | Anonymous Telemarketer |
| 9. | 09/08/2023 | 11:24 AM | 209-457-2342 | Anonymous Telemarketer |
| 10. | 09/08/2023 | 11:24 AM | 209-457-2342 | Anonymous Telemarketer |

| | | | | |
|---|---|---|---|---|
| **11.** | 09/09/2023 | 10:32 AM | 209-457-2342 | Anonymous Telemarketer |
| **12.** | 09/09/2023 | 10:36 AM | 209-457-2342 | Anonymous Telemarketer |
| **13.** | 09/09/2023 | 10:37 AM | 209-457-2342 | Anonymous Telemarketer |
| **14.** | 09/09/2023 | 3:10 PM | 209-457-2342 | Anonymous Telemarketer |
| **15.** | 09/09/2023 | 4:31 PM | 209-457-2342 | Anonymous Telemarketer |
| **16.** | 09/09/2023 | 4:36 PM | 209-457-2342 | Anonymous Telemarketer |
| **17.** | 09/10/2023 | 1:15 PM | 209-457-2342 | Anonymous Telemarketer |
| **18.** | 09/10/2023 | 1:15 PM | 209-457-2342 | Anonymous Telemarketer |
| **19.** | 09/10/2023 | 1:17 PM | 209-457-2342 | Anonymous Telemarketer |
| **20.** | 09/10/2023 | 2:12 PM | 209-457-2342 | Anonymous Telemarketer |
| **21.** | 09/10/2023 | 2:40 PM | 209-457-2342 | Anonymous Telemarketer |
| **22.** | 09/10/2023 | 3:08 PM | 209-457-2342 | Anonymous Telemarketer |
| **23.** | 09/10/2023 | 3:29 PM | 209-457-2342 | Anonymous Telemarketer |
| **24.** | 09/10/2023 | 3:36 PM | 209-457-2342 | Anonymous Telemarketer |
| **25.** | 09/12/2023 | 11:56 AM | 209-457-2342 | Anonymous Telemarketer |
| **26.** | 09/12/2023 | 2:31 PM | 209-457-2342 | Anonymous Telemarketer |
| **27.** | 09/15/2023 | 2:55 PM | 209-457-2342 | Anonymous Telemarketer |
| **28.** | 09/15/2023 | 4:17 PM | 209-457-2342 | Anonymous Telemarketer |

| 29. | 09/15/2023 | 2:37 PM | 209-457-2342 | Anonymous Telemarketer |
|---|---|---|---|---|
| 30. | 09/16/2023 | 2:37 PM | 209-457-2342 | Anonymous Telemarketer |
| 31. | 09/18/2023 | 3:56 PM | 209-457-2342 | Anonymous Telemarketer |
| 32. | 09/19/2023 | 3:59 PM | 209-457-2342 | Anonymous Telemarketer |
| 33. | 09/19/2023 | 4:36 PM | 209-457-2342 | Anonymous Telemarketer |
| 34. | 09/20/2023 | 10:30 AM | 209-457-2342 | Anonymous Telemarketer |
| 35. | 09/20/2023 | 10:31 AM | 209-457-2342 | Anonymous Telemarketer |
| 36. | 09/20/2023 | 11:38 AM | 209-457-2342 | Anonymous Telemarketer |
| 37. | 09/25/2023 | 2:34 PM | 209-457-2342 | Anonymous Telemarketer |
| 38. | 09/25/2023 | 5:03 PM | 209-457-2342 | Anonymous Telemarketer |
| 39. | 09/25/2023 | 5:45 PM | 209-457-2342 | Anonymous Telemarketer |
| 40. | 09/26/2023 | 12:15 PM | 209-457-2342 | Anonymous Telemarketer |
| 41. | 09/26/2023 | 1:20 PM | 209-457-2342 | Anonymous Telemarketer |
| 42. | 09/26/2023 | 1:57 PM | 209-457-2342 | Anonymous Telemarketer |
| 43. | 09/26/2023 | 3:37 PM | 209-457-2342 | Anonymous Telemarketer |
| 44. | 09/26/2023 | 3:48 PM | 209-457-2342 | Anonymous Telemarketer |
| 45. | 09/26/2023 | 4:09 PM | 209-457-2342 | Anonymous Telemarketer |
| 46. | 09/26/2023 | 4:57 PM | 209-457-2342 | Anonymous Telemarketer |
| 47. | 09/26/2023 | 5:03 PM | 209-457-2342 | Anonymous Telemarketer |

| | | | | |
|---|---|---|---|---|
| **48.** | 10/12/2023 | 5:39 PM | 209-457-2342 | Anonvmous Telemarketer |
| **49.** | 10/16/2023 | 9:13 AM | 209-457-2342 | Anonvmous Telemarketer |
| **50.** | 10/18/2023 | 9:31 AM | 209-457-2342 | Anonvmous Telemarketer |
| **51.** | 10/18/2023 | 10:15 AM | 209-457-2342 | Anonvmous Telemarketer |
| **52.** | 10/18/2023 | 10:17 AM | 209-457-2342 | Anonvmous Telemarketer |
| **53.** | 10/18/2023 | 2:38 PM | 209-457-2342 | Anonvmous Telemarketer |
| **54.** | 10/18/2023 | 3:37 PM | 209-457-2342 | Anonvmous Telemarketer |
| **55.** | 10/18/2023 | 4:17 PM | 209-457-2342 | Anonvmous Telemarketer |
| **56.** | 10/19/2023 | 2:26 PM | 209-457-2342 | Anonvmous Telemarketer |
| **57.** | 10/19/2023 | 2:56 PM | 209-457-2342 | Anonvmous Telemarketer |
| **58.** | 10/19/2023 | 3:12 PM | 209-457-2342 | Anonvmous Telemarketer |
| **59.** | 10/19/2023 | 3:19 PM | 209-457-2342 | Anonvmous Telemarketer |
| **60.** | 10/19/2023 | 3:26 PM | 209-457-2342 | Anonvmous Telemarketer |
| **61.** | 10/19/2023 | 3:34 PM | 209-457-2342 | Anonvmous Telemarketer |
| **62.** | 10/19/2023 | 3:39 PM | 209-457-2342 | Anonvmous Telemarketer |
| **63.** | 10/19/2023 | 3:40 PM | 209-457-2342 | Anonvmous Telemarketer |
| **64.** | 10/19/2023 | 4:04 PM | 209-457-2342 | Anonvmous Telemarketer |
| **65.** | 10/19/2023 | 4:15 PM | 209-457-2342 | Anonvmous Telemarketer |
| **66.** | 10/19/2023 | 4:53 PM | 209-457-2342 | Anonvmous Telemarketer |

| 67. | 10/19/2023 | 5:08 PM | 209-457-2342 | Anonymous Telemarketer |
| 68. | 10/19/2023 | 5:48 PM | 209-457-2342 | Anonymous Telemarketer |
| 69. | 10/19/2023 | 5:57 PM | 209-457-2342 | Anonymous Telemarketer |
| 70. | 10/20/2023 | 9:57 PM | 209-457-2342 | Anonymous Telemarketer |

## TABLE C – DIRECT CALLS FROM POWUR

| **Number** | **Date** | **Time** | **Caller ID** | **Notes** |
|---|---|---|---|---|
| 1. | 05/11/2023 | 1:27 PM | 732-575-2007 | Robert Hall |
| 2. | 05/12/2023 | 8:12 AM | 732-575-2007 | Robert Hall |
| 3. | 05/23/2023 | 10:57 AM | 208-602-9679 | Jerrell Mixon |
| 4. | 05/23/2023 | 1:01 PM | 856-505-9559 | Jerrell Mixon |
| 5. | 05/23/2023 | 1:02 PM | 732-575-2007 | Jerrell Mixon |
| 6. | 05/25/2023 | 5:21 PM | 732-575-2007 | Jerrell Mixon |
| 7. | 05/25/2023 | 5:21 PM | 732-575-2007 | Jerrell Mixon |
| 8. | 08/01/2023 | 4:04 PM | 208-602-9679 | Garrett Allred |
| 9. | 08/07/2023 | 10:10 AM | 208-602-9679 | Garrett Allred |
| 10. | 08/07/2023 | 10:14 AM | 208-602-9679 | Garrett Allred |
| 11. | 08/19/2023 | 4:41 PM | 856-505-9559 | Derrick Grant |

| 5. | 08/19/2023 | 5:46 PM | 856-505-9559 | Derrick Grant |
|----|------------|---------|--------------|---------------|
| 6. | 08/19/2023 | 6:36 PM | 856-505-9559 | Derrick Grant |
| 7. | 08/20/2023 | 1:01 PM | 856-505-9559 | Derrick Grant |
| 8. | 08/21/2023 | 11:56 AM | 856-505-9559 | Derrick Grant |
| 9. | 08/26/2023 | 1:19 PM | 856-505-9559 | Derrick Grant |
| 10. | 08/26/2023 | 1:20 PM | 856-505-9559 | Derrick Grant |
| 11. | 08/26/2023 | 1:35 PM | 856-505-9559 | Derrick Grant |
| 12. | 08/26/2023 | 4:55 PM | 856-505-9559 | Derrick Grant |
| 13. | 08/28/2023 | 8:28 PM | 856-505-9559 | Derrick Grant |
| 14. | 08/31/2023 | 12:22 PM | 856-505-9559 | Derrick Grant |
| 15. | 08/28/2023 | 8:28 PM | 856-505-9559 | Derrick Grant |
| 16. | 08/31/2023 | 12:22 PM | 856-505-9559 | Derrick Grant |
| 17. | 09/07/2023 | 10:00 AM | 631-680-1135 | Edward Zaiac |
| 18. | 09/08/2023 | 12:52 PM | 631-680-1135 | Edward Zaiac |
| 19. | 09/13/2023 | 10:27 PM | 856-505-9559 | Derrick Grant |
| 20. | 09/13/2023 | 12:53 PM | 631-680-1135 | Edward Zaiac |
| 21. | 10/11/2023 | 1:58 PM | 210-952-8664 | Eric Garcia |
| 22. | 10/14/2023 | 7:01 PM | 210-952-8664 | Eric Garcia |
| 23. | 10/14/2023 | 7:01 PM | 210-952-8664 | Eric Garcia |

74.     Plaintiff did not have a preexisting relationship with Defendant, had never been a customer of Defendant nor had ever applied for solar panels or any other accounts with Defendant.

75.     Defendant placed multiple unauthorized phone calls to Plaintiff within a twelve-month period to Plaintiff's residential phone line, listed on the National DNC registry since 2007, which violated 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c).

76.     No emergency necessitated any of the alleged calls.

77.     Plaintiff has limited data storage capacity on his cellular telephone. Incoming telemarketing calls consumed part of this capacity.

## VICARIOUS LIABILITY OF DEFENDANT FOR THE ACTIONS OF THE POWUR SALES TEAM

78.     Defendant Powur through their authorized representatives Mixon, Perez, Garcia, Smith, Farrell, Zajac, Braveman, Grant, Segovia, Allred, and Hall made unauthorized solicitation phone calls to Plaintiff on their behalf.

79.     To the extent Powur attempts to argue that Mixon, Perez, Garcia, Smith, Farrell, Zajac, Braveman, Grant, Grant, Segovia, Allred and Hall are "Independent Solar Consultants," this is refuted by the emails Plaintiff received directly from Powur from email address support@Powur.com and email address salessupport@powur.com.

80.     On May 11, 2023, Plaintiff received phone calls from Robert Hall ("Hall") from phone number 732-575-2007 soliciting Plaintiff for solar panels.  Hall has an email address of rhall@visionsolar.com and website https://powur.com/robt.hall.

81.     On May 25, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This

email stated that Jerell Mixon was part of the Powur team and asked Plaintiff to contact Mixon. The email listed Mixon's phone number (480-431-7017), email address (solarjerell@gmail.com), and website https://powur.com/solarjerell.  Exhibit A.

82.      On June 24, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This email stated that Genesis Segovia was part of the Powur team and asked Plaintiff to contact Segovia.  The email listed Segovia's phone number (210-781-1349), email address (genesis.solarlife@gmail.com), and website https://powur.com/genesissegovia. Exhibit B

83.      On July 8, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This email stated that Kyle Braveman was part of the Powur team and asked Plaintiff to contact Braveman.  The email listed Braveman's phone number (401-497-2665), email address (kbraveman@accreditedsolaradvisors.com), and website https://powur.com/kylebraveman. Exhibit C.

84.      On August 2, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This email stated that Brian Farrell was part of the Powur team and asked Plaintiff to contact Farrell. The email listed Farrell's phone number (727-902-5303), email address (solarwithrobsantiago@gmail.com), and website https://powur.com/rob.santiago.   Exhibit D

85.      On August 5, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This email stated that Luis Perez was part of the Powur team and asked Plaintiff to contact Perez.  The email listed Farrell's phone number (626-409-5866), email address (luisperezlimitless@gmail.com), and website https://powur.com/luis.perez5. Exhibit E

86.      On August 7, 2023, Garrett Allred ("Allred") sent Plaintiff phone calls from phone number 208-602-9679 soliciting Plaintiff for solar panels.  Allred has an email address of garrettallred4x5@gmail.com and website https://powur.com/garrett.allred.

87.     On August 21, 2023, Powur sent Plaintiff an email from salessupport@powur.com.  This email stated that Derrick Grant was part of the Powur team and asked Plaintiff to contact Grant. The email listed Grant's phone number (856-505-9559), email address (derricktheprofit@gmail.com), and website https://powur.com/highpointsolar.  Exhibit F

88.     On September 8, 2023, Powur sent Plaintiff an email from salessupport@powur.com. This email stated Ed Zajac was part of the Powur team and asked Plaintiff to contact Zajac.  The email listed Zajac's phone number (631-680-1135), email address (ed@bcras.com), and website https://powur.com/edzajac.  Exhibit G.

89.     On October 7, 2023, Plaintiff received phone calls and text messages from Bobby Smith ("Smith") from phone number 410-977-8777 soliciting Plaintiff for solar panels.  Smith has an email address of bobby.smith@powur.com and website https://powur.com/bobby.smith.

90.     On October 11, 2023, Plaintiff received phone calls and text messages from Eric Garcia ("Garcia") from phone number 210-952-8664 soliciting Plaintiff for solar panels.  Garcia has an email address of solarmastermind@gmail.com and website https://powur.com/eric.garcia.

91.     The Powur Sales Team had apparent authority to market Powur solar panels and services.

92.     The Powur Sales Team had the authority to use Powur's website, Powur's logo, and Powur's hardware and software.

93.     The Powur Sales Team had the ability to enter customer's information directly into Powur's sales and customer systems to generate quotes and marketing presentations.

94.     The Powur Sales Team was provided with a company-based website in which the Powur advertised the Powur trademark and trade name.

95.     Powur, and the Powur Sales Team, from the start of the marketing campaign to the end of the marketing campaign, left no room for any conclusion other than the Powur Sales Team were

acting for and at the direction of Powur.

96.     Through information and belief, The Powur Sales Team hired the telemarketers in this case.  The telemarketers were the agents of the Powur Sales Team and the subagent of Powur.

97.     Given the fact at least eleven (11) different Powur representatives that contacted Plaintiff as a direct result of the same two telemarketers making phone calls to Plaintiff, it is plausible that Powur directly hired the telemarketers for the benefit of their Powur Sales Team.

98.     The Powur Sales Team instructed the telemarketers not to reveal the identity of the Powur Sales Team when making appointments resulting in Plaintiff having to take reasonable steps to uncover the company on whose behalf the calls were being made.

## INJURY, HARM, DAMAGES, AND ACTUAL DAMAGES AS A RESULT OF THE CALLS

99.     Defendant's calls harmed Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

100.     Defendant's calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

101.     Defendant's calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

102.     Plaintiff has been harmed, injured, and damaged by the calls including, but not limited to: reduced device storage, reduced data plan usage, anger, frustration, invasion of privacy, and more frequent charging of his cell phone.

## PLAINTIFF'S CELL PHONE IS A RESIDENTIAL NUMBER

103.     The calls were to Plaintiff's personal cell phone ending in 4604 which he uses for personal, family, and household use. Plaintiff maintains no landline phones at his residence and has not done so for at least 16 years and primarily relies on cellular phones to communicate with

friends and family. Plaintiff also uses his cell phone for navigation purposes, sending and

receiving emails, timing food when cooking, and sending and receiving text messages. Plaintiff

further has his cell phone registered in his personal name, pays for the cell phone from his

personal accounts, and the phone is not primarily used for any business purpose.

## COUNT ONE:

### (Violation of the TCPA "Sales Call/DNC" Prohibition, 47 U.S.C. 227(c), and 47 C.F.R. § 64.1200(C))

104.    Plaintiff incorporates the preceding paragraphs 1-103 as if fully set forth herein.

105.    The foregoing acts and omissions of Defendant Powur and/or their affiliates or agents

constitute a violation of FCC regulations by making multiple telemarketing solicitations to a

consumer on the National Do-Not-Call Registry within a 12-month period in violation of 47

C.F.R. § 64.1200(c)(2).

106.    Defendant Powur and/or their agents, called Plaintiff's private residential telephone

which was successfully registered on the National Do-Not-Call Registry more than thirty-one

(31) days prior to the alleged calls, in violation of 47 U.S.C § 227(c)(3)(F), and 47 C.F.R. §

64.1200(c)(2).

107.    Plaintiff was statutorily damaged at least sixty-three (63) times under 47 U.S.C. §

227(c)(3)(F) by Defendant Powur's calls described above, in the amount of $500 per call.

108.    Plaintiff is entitled to an award of at least $500 in damages for each such violation.  47

U.S.C. § 227(c)(5)(B).

109.    Plaintiff is entitled to an award up to $1,500 in damages for each knowing or willful

violation of 47 U.S.C. § 227(c)(3)(F).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brandon Callier prays for judgment against the Defendants jointly and severally as follows:

A.      Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial;

B.      A declaration that actions complained of herein by Defendant violates the TCPA and Texas state law;

C.      An injunction enjoining Defendants and their affiliates and agents from engaging in the unlawful conduct set forth herein;

D.      An award of $1,500 per call in statutory damages arising from the TCPA §227(c) intentional violations jointly and severally against Defendants for One hundred eighty-three (183) calls;

E.      An award to Mr. Callier of damages, as allowed by law under the TCPA;

F.      An award to Mr. Callier of interest,  and costs, as allowed by law and equity;

G.      Such further relief as the Court deems necessary, just, and proper;


November 3, 2023,

Respectfully submitted,

_____

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604
Callier74@gmail.com



 **Gmail**

Brandon Callier <callier74@gmail.com>

---

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>                                              Thu, May 25, 2023 at 12:41 PM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.

### Reasons Homeowners Choose Powur



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Jerell Mixon to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Jerell Mixon**
Telephone #: (480) 431-7017
Email: solarjerell@gmail.com
Website: https://powur.com/solarjerell

       

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**        **Privacy policy**        **Contact us**





Brandon Callier <callier74@gmail.com>

---

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>                 Sat, Jun 24, 2023 at 7:50 AM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.

### Reasons Homeowners Choose Powur



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Rene Vargas to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Genesis Segovia**
Phone: (210) 781-1349
Email: genesis.solarlife@gmail.com
Website: https://powur.com/genesissegovia



   

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**          **Privacy policy**          **Contact us**

PLAINTIFF'S EXHIBIT

C

**M** Gmail

Brandon Callier <callier74@gmail.com>

---

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>                                    Sat, Jul 8, 2023 at 3:46 PM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.



PLAINTIFF'S EXHIBIT

C



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Kyle Braveman to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Kyle Braveman**
Phone: (401) 497-2665
Email: kbraveman@accreditedsolaradvisors.com
Website: https://powur.com/kyle.braveman

       

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**          **Privacy policy**          **Contact us**



PLAINTIFF'S
EXHIBIT

**D**

 Gmail

**Brandon Callier <callier74@gmail.com>**

---

## Act Now Before Your Proposal Expires!
1 message

**Powur** <salessupport@powur.com>                                    Wed, Aug 2, 2023 at 9:15 AM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

You have your fully customized solar proposal in hand, and ***now is the time to act!***
Your offer expires in just two days, and after that point, prices are subject to change.

Don't miss out on the chance to save money, gain energy independence, and add
value to your home.

By sticking with your current utility, you're opting for unpredictable rates and no added
home value. Go solar, and you'll gain long-term savings that promote a greener
planet — all with zero out-of-pocket costs.

Lock into your solar pricing before it's too late. Contact Brian Farrell now to seal the
deal.


**The Powur Team**


### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**

**Rob Santiago Cosme**

Phone: (727) 902-5303

Email: solarwithrobsantiago@gmail.com

Website: https://powur.com/rob.santiago

    

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**              **Privacy policy**              **Contact us**



PLAINTIFF'S EXHIBIT

E

 Gmail

Brandon Callier <callier74@gmail.com>

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com

Sat, Aug 5, 2023 at 10:51 AM



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.

### Reasons Homeowners Choose Powur



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Garrett Allred to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Luis Perez**
Phone: (626) 409-5866
Email: luisperezlimitless@gmail.com
Website: https://powur.com/luis.perez5

       

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**          **Privacy policy**          **Contact us**



PLAINTIFF'S EXHIBIT

F

M Gmail                                                    Brandon Callier <callier74@gmail.com>

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>                                Mon, Aug 21, 2023 at 8:47 AM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.

### Reasons Homeowners Choose Powur



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Derrick Grant to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Derrick Grant**
Phone: (856) 505-9559
Email: derricktheprofit@gmail.com
Website: https://powur.com/highpointsolar



   

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**                    **Privacy policy**                    **Contact us**



PLAINTIFF'S EXHIBIT

G

 Gmail

**Brandon Callier <callier74@gmail.com>**

---

## Why Partner With Powur?
1 message

**Powur** <salessupport@powur.com>                                          Fri, Sep 8, 2023 at 1:53 PM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

**There's a reason why so many homeowners choose Powur. As the fastest growing residential solar company in the US, Powur gives you greater long-term savings, control, and peace of mind than any other option.**

Working with Powur is easy — and better for the planet. Here are even more reasons to feel good about going solar with Powur.

### Reasons Homeowners Choose Powur



**Satisfaction.** Don't just take our word for it. Powur is a Certified B Corp with a BBB A+ rating and has earned a spot on the Inc. 5000 list of fastest growing companies three years running, showing our commitment to putting customers and the planet first.

 **Experienced, local experts.** With more than 11,000 installs and counting, our local technicians have the expertise needed to set up the best quality solar systems with the lowest carbon footprint.

 **Increased savings.** Our sellers take the time to create a fully customized solar plan, helping you save as much as possible.

 **Environmental impact.** We're serious about giving back. Our carbon offset program and reforestation efforts in the Amazon rainforest create a cleaner, greener planet.

 **Flexibility.** Whether you choose zero-down financing, a low-interest loan, or cash payment, you'll always find flexible financing, equipment, and storage options.

 **Peace of mind.** Gain confidence and protection with our complete coverage, 30-year solar warranty.

It's time for you to start saving money with clean, renewable energy. Contact Ed Zajac to begin your journey today!

**The Powur Team**

## Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Ed Zajac**
Phone: (631) 680-1135
Email: ed@bcras.com
Website: https://powur.com/edzajac

    

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can edit your profile or unsubscribe .

**Terms & conditions**          **Privacy policy**          **Contact us**