**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | EP-23-cv-00302-KC |
| § | |
| **POWUR, PBC INC dba POWUR,** a Delaware § | |
| Corporation § | |
| § | |
| **Defendant.** § | |

**PLAINTIFF BRANDON CALLIER'S APPENDIX IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST POWUR, PBC INC dba POWUR**

| | | |
|---|---|---|
| Exhibit A | Declaration of Plaintiff Brandon Callier | App. 1-7 |
| Exhibit A-1 | Emails Alerting POWUR of Unwanted Phone Calls | App. 8-26 |
| Exhibit A-2 | Call Log of Calls and Texts made directly by POWUR Agents Prepared by Brandon Callier | App 27-31 |
| Exhibit B | Second Declaration of Brandon Callier | App 32-34 |
| Exhibit B-1 | Phone Records Produced by Brandon Callier POWUR PBC, INC during Discovery | App 35-70 |
| Exhibit B-2 | Admissions and Interrogatories Produced by POWUR PBC, Inc During Discovery | App 71-91 |
| Exhibit B-3 | POWUR PBC, Inc Web Pages used by POWUR | App 92-103 |
| Exhibit B-4 | POWUR Agent Solicitation Emails Agents | App 104-115 |

Respectfully submitted,

Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, TX 79936
915-383-4604
Callier74@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system and served on all parties to this case.

Respectfully submitted,

Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, TX 79936
915-383-4604
Callier74@gmail.com