# EXHIBIT A-2

DIRECT CALLS FROM POWUR AGENTS:

| Number: | Date: | Time: | Caller ID: | Notes: | Location |
|---|---|---|---|---|---|
| 1. | 05/11/2023 | 1:26 PM | 732-575-2007 | Robert Hall | MyBill_05.25.2023 |
| 2. | 05/11/2023 | 1:36 PM | 732-575-2007 | Robert Hall | Text Message Screenshot_202040308_120157 |
| 3. | 05/12/2023 | 8:12 AM | 732-575-2007 | Robert Hall | CallLogs - 2023612105328 |
| 4. | 05/23/2023 | 10:56 AM | 480-431-7017 | Jerrell Mixon | MyBill_05.25.2023 |
| 5. | 05/23/2023 | 1:01 PM | 480-431-7017 | Jerrell Mixon | MyBill_05.25.2023 |
| 6. | 05/23/2023 | 1:02 PM | 480-431-7017 | Jerrell Mixon | MyBill_05.25.2023 |
| 7. | 05/25/2023 | 5:21 PM | 480-431-7017 | Jerrell Mixon | CallLogs - 20230612105328 |
| 8. | 05/25/2023 | 5:21 PM | 480-431-7017 | Jerrell Mixon | CallLogs - 20230612105328 |
| 9. | 06/21/2023 | 3:07 PM | 210-781-1349 | Genesis Segovia | MyBill_06.25.2023 |
| 10. | 06/21/2023 | 7:27 PM | 210-781-1349 | Genesis Segovia | CallLogs - 2023725094655 |
| 11. | 06/22/2023 | 8:53 AM | 210-781-1349 | Genesis Segovia | CallLogs - 2023725094655 |
| 12. | 06/22/2023 | 12:58 PM | 210-781-1349 | Genesis Segovia | MyBill_06.25.2023 |
| 13. | 06/23/2023 | 10:07 AM | 210-781-1349 | Genesis Segovia | CallLogs - 2023725094655 |
| 14. | 06/23/2023 | 10:30 AM | 210-781-1349 | Genesis Segovia | CallLogs - 2023725094655 |
| 15. | 07/29/2023 | 11:04 AM | 208-602-9679 | Garrett Allred | CallLogs - 20230809133139 |
| 16. | 08/01/2023 | 4:02 PM | 208-602-9679 | Garrett Allred | MyBill_08.25.2023 |
| 17. | 08/07/2023 | 10:10 AM | 208-602-9679 | Garrett Allred | CallLogs - 20231007150832 |

| 18. | 08/07/2023 | 10:14 PM | 208-602-9679 | Garrett Allred | CallLogs - 20231007150832 |
| --- | --- | --- | --- | --- | --- |
| 19. | 08/19/2023 | 4:41 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 20. | 08/19/2023 | 5:46 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 21. | 08/19/2023 | 6:36 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 22. | 08/20/2023 | 8:02 AM | 856-505-9559 | Derrick Grant | MyBill_08.25.2023 |
| 23. | 08/20/2023 | 8:54 AM | 856-505-9559 | Derrick Grant | MyBill_08.25.2023 |
| 24. | 08/20/2023 | 1:01 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 25. | 08/21/2023 | 11:54 AM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 26. | 08/21/2023 | 11:54 AM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 27. | 08/26/2023 | 1:19 PM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 28. | 08/26/2023 | 1:20 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 29. | 08/26/2023 | 1:35 PM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 30. | 08/26/2023 | 4:55 PM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 31. | 08/28/2023 | 8:28 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 32. | 08/31/2023 | 12:22 PM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 33. | 08/31/2023 | 12:22 PM | 856-505-9559 | Derrick Grant | Text Message Screenshot_202040310_114946 |
| 34. | 09/07/2023 | 10:00 AM | 631-680-1135 | Edward Zajac | MyBill_09.25.2023 |
| 35. | 09/07/2023 | 10:09 AM | 631-680-1135 | Edward Zajac | Text Message Screenshot_202040308_131201 |
| 36. | 09/07/2023 | 12:11 PM | 631-680-1135 | Edward Zajac | Text Message Screenshot_202040308_131201 |

| # | Date | Time | Number | Name | Reference |
|---|---|---|---|---|---|
| 37. | 09/08/2023 | 12:52 PM | 631-680-1135 | Edward Zajac | CallLogs - 20231007150832 |
| 38. | 09/08/2023 | 12:53 PM | 631-680-1135 | Edward Zajac | MyBill_09.25.2023 |
| 39. | 09/13/2023 | 2:27 PM | 856-505-9559 | Derrick Grant | CallLogs - 20231007150832 |
| 40. | 09/13/2023 | 12:53 PM | 631-680-1135 | Edward Zajac | CallLogs - 20231007150832 |
| 41. | 10/07/2024 | 7:06 AM | 410-977-8777 | Bobby Smith | CallLogs - 20231007150832 |
| 42. | 10/07/2024 | 7:12 AM | 410-977-8777 | Bobby Smith | Text Message – Screenshot_20240302 |
| 43. | 10/07/2024 | 10:47 AM | 410-977-8777 | Bobby Smith | CallLogs - 20231007150832 |
| 44. | 10/11/2023 | 1:58 PM | 210-952-8664 | Eric Garcia | MyBill_10.25.2023 |
| 45. | 10/14/2023 | 7:01 PM | 210-952-8664 | Eric Garcia | Text Message Screenshot_202040308_132202 |
| 46. | 10/14/2023 | 7:02 PM | 210-952-8664 | Eric Garcia | Text Message Screenshot_202040308_132202 |
| 47. | 01/04/2024 | 1:51 PM | 530-613-8580 | Jamie Thompson | Missed Phone call verified on Text Message Screenshot_202040308_132202 |
| 48. | 01/04/2024 | 1:51 PM | 530-613-8580 | Jamie Thompson | Text Message Screenshot_202040310_122546 |
| 49. | 01/24/2024 | 12:08 PM | 513-888-0213 | Christopher Young | Text Message Screenshot_202040310_114023 |
| 50. | 01/24/2024 | 6:15 PM | 513-888-0213 | Christopher Young | Screenshot_20240310_113836 |
| 51. | 01/25/2024 | 10:36 AM | 513-888-0213 | Christopher Young | MyBill_02.17.2023 |
| 52. | 02/27/2024 | 4:18 PM | 937-418-7976 | Marc Ross | Screenshot_20240310_114300 |
| 53. | 02/27/2024 | 4:20 PM | 937-418-7976 | Marc Ross | Text Message Screenshot_202040310_113558 |

| 54. | 02/29/2024 | 6:29 PM | 937-418-7976 | Marc Ross | Screenshot_20240310_114300 |