# EXHIBIT B-1

**Account:** [redacted]
**Invoice:** 9587336957
**Billing period:** Apr 26 - May 25, 2023

# Talk activity (cont.)

**Ana Callier**
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| May 11 | 1:26 PM | 732-575-2007 | El Paso, TX | Incoming, CL | 7 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Account:** [redacted]
**Invoice:** 9587336957
**Billing period:** Apr 26 - May 25, 2023

# Talk activity (cont.)

**Ana Callier**
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| May 23 | 10:56 AM | 480-431-7017 | El Paso, TX | Incoming, CL | 2 | -- | -- | -- |
| [redacted] | | | | | | | | |
| May 23 | 1:00 PM | 480-431-7017 | El Paso, TX | Incoming, CL | 1 | -- | -- | -- |
| May 23 | 1:00 PM | 480-431-7017 | El Paso, TX | Incoming, CL | 1 | -- | -- | -- |
| May 23 | 1:18 PM | 480-431-7017 | WiFi CL | Gilbert, AZ | 15 | -- | -- | -- |
| [redacted] | | | | | | | | |

**Account:** [redacted]
**Invoice:** 9595340849
**Billing period:** May 26 - Jun 25, 2023

# Talk activity (cont.)

**Ana Callier**
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Jun 21 | 3:05 PM | 210-781-1349 | El Paso, TX | Incoming, CL | 2 | -- | -- | -- |
| [redacted] | | | | | | | | |
| Jun 22 | 12:52 PM | 915-780-4471 | El Paso, TX | Incoming, CL | 1 | -- | -- | -- |
| [redacted] | | | | | | | | |

**Account:** [redacted]
**Invoice:** 9611339567
**Billing period:** Jul 26 - Aug 25, 2023

# Talk activity (cont.)

**Ana Callier**
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Aug 1 | 4:02 PM | 208-602-9679 | El Paso, TX | Incoming, CL | 8 | -- | -- | -- |
| [redacted] | | | | | | | | |

**Account:** [redacted]
**Invoice:** 9611339567
**Billing period:** Jul 26 - Aug 25, 2023

# Talk activity (cont.)

## Ana Callier

**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Aug 20 | 8:02 AM | 856-505-9559 | El Paso, TX | Incoming, CL | 6 | -- | -- | -- |
| Aug 20 | 8:54 AM | 856-505-9559 | El Paso, TX | Incoming, CL | 1 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

verizon✓

**Account:** [redacted]
**Invoice:** 9619319797
**Billing period:** Aug 26 - Sep 25, 2023

## Talk activity (cont.)

### Ana Callier
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Sep 7 | 9:57 AM | 631-680-1135 | El Paso, TX | Incoming, CL | 8 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

verizon

**Account:** [redacted]
**Invoice:** 9619319797
**Billing period:** Aug 26 - Sep 25, 2023

# Talk activity (cont.)

## Ana Callier
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Sep 13 | 12:50 PM | 631-680-1135 | El Paso, TX | Incoming, CL | 4 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Account:** [redacted]
**Invoice:** 9627302100
**Billing period:** Sep 26 - Oct 25, 2023

# Talk activity (cont.)

**Ana Callier**
**915-383-4604**
**GALAXY S22 ULTRA**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Oct 11 | 1:54 PM | 210-952-8664 | Elpaso, TX | Incoming, CL | 15 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Account:** [redacted]
**Invoice:** 9657126181
**Billing period:** Jan 18 - Feb 17, 2024

# Talk activity (cont.)

**Brandon Latreull Callier**
**915-383-4604**
**Samsung Galaxy S22 Ultra**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Jan 25 | 10:32 AM | 513-888-0213 | El Paso, TX | Incoming, CL | 8 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000014

| | | | | | | |
|---|---|---|---|---|---|---|
| 481 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 504 | Missed | | +14804317017 | 2023-05-25 17:21:30 | 00:00 | Arizona |
| 505 | Incoming | | +14804317017 | 2023-05-25 17:21:06 | 00:14 | Arizona |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000027

| | | | | | | |
|---|---|---|---|---|---|---|
| 962 | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| 966 | Missed | | 7325752007 | 2023-05-12 08:12:13 | 00:00 | New Jersey |
| 967 | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | | [redacted] |
| 997 | Incoming | | 7325752007 | 2023-05-11 13:27:59 | 05:50 | New Jersey |
| [redacted] | [redacted] | | [redacted] | [redacted] | | |

SUP221000083

| | | | | | | |
|---|---|---|---|---|---|---|
| 999 | Missed | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| 1003 | Missed | | 2107811349 | 2023-06-23 10:30:52 | 00:00 | San Antonio, TX |
| 1004 | Missed | | 2107811349 | 2023-06-23 10:07:17 | 00:00 | San Antonio, TX |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| 1035 | Incoming | | 2107811349 | 2023-06-22 12:58:28 | 00:45 | San Antonio, TX |

00084

| | | | | | | |
|---|---|---|---|---|---|---|
| 1036 | [redacted] | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | |
| 1053 | Missed | | 2107811349 | 2023-06-22 08:53:47 | 00:00 | San Antonio, TX |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| 1060 | Missed | | 2107811349 | 2023-06-21 19:27:10 | 00:00 | San Antonio, TX |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |
| 1071 | Incoming | | 2107811349 | 2023-06-21 15:07:19 | 01:11 | San Antonio, TX |
| [redacted] | | | [redacted] | [redacted] | | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SUP221000131 | | | 14:36:04 | | |
| 340 | [redacted] | [redacted] [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 348 | Missed | | +12086029679 | 2023-07-29 11:04:11 | 00:00 | Idaho |
| 349 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000143

| ID | Type | Name | Phone Number | Date | Duration | Location |
|---|---|---|---|---|---|---|
| 1 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 5 | Missed | | 4109778777 | 2023-10-07 10:47:48 | 00:00 | Maryland |
| 6 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 15 | Missed | | 4109778777 | 2023-10-07 07:06:43 | 00:00 | Maryland |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000179

| | | | | | | |
|---|---|---|---|---|---|---|
| 613 | Missed | | 8565059559 | 2023-09-13 14:27:53 | 00:00 | New Jersey |
| 614 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 617 | Incoming | | 6316801135 | 2023-09-13 12:53:23 | 03:38 | New York |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000190

| | | | | | | |
|---|---|---|---|---|---|---|
| 800 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 801 | Missed | | 6316801135 | 2023-09-08 12:53:53 | 00:00 | New York |
| 802 | Incoming | | 6316801135 | 2023-09-08 12:52:33 | 00:32 | New York |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000192

| | | | | | | |
|---|---|---|---|---|---|---|
| 834 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 839 | Incoming | | 6316801135 | 2023-09-07 10:00:42 | 07:14 | New York |
| 840 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SUP221000201 | | | | | |
| 987 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 994 | Missed | | 8565059559 | 2023-08-31 12:22:18 | 00:00 | New Jersey |
| 995 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SUP221000208 | | | | | |
| 1106 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1112 | Missed | | 8565059559 | 2023-08-26 16:55:38 | 00:00 | New Jersey |
| 1113 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1115 | Missed | | 8565059559 | 2023-08-26 13:35:34 | 00:00 | New Jersey |
| 1116 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1117 | Missed | | 8565059559 | 2023-08-26 13:19:04 | 00:00 | New Jersey |
| 1118 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000221

| | | | | | | |
|---|---|---|---|---|---|---|
| 1327 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1330 | Missed | | 8565059559 | 2023-08-21 11:54:12 | 00:00 | New Jersey |
| 1331 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1340 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1344 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1348 | Incoming | | 8565059559 | 2023-08-20 08:56:41 | 00:08 | New Jersey |
| 1349 | Incoming | | 8565059559 | 2023-08-20 08:04:27 | 05:05 | New Jersey |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

SUP221000245

| | | | | | | |
|---|---|---|---|---|---|---|
| 1735 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1743 | Missed | | +12086029679 | 2023-08-07 10:14:51 | 00:00 | Idaho |
| 1744 | Missed | | +12086029679 | 2023-08-07 10:10:29 | 00:00 | Idaho |
| 1745 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1905 | SUP221000255 [redacted] | | | [redacted] | [redacted] | |
| [redacted] | | | | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 1912 | Incoming | | +12086029679 | 2023-08-01 16:04:57 | 07:28 | Idaho |
| 1913 | [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

12:01 100%

HALL ROBERT

Thursday, May 11 • 1:36 PM

Texting with HALL ROBERT (SMS/MMS)

Hi Brandon, Nice talking to you. Here is my email : rhall@onevisionsolar.com send copy if electric bill. Powur.com/robt.hall

Tap to load preview

RCS chat with HALL ROBERT

RCS message

11:49 82%

GRANT DERRICK

Saturday, Aug 19 • 4:41 PM

Texting with GRANT DERRICK (SMS/MMS)

Hi, my name is Derrick and I'm confirming our appointment tomorrow for 10am. Can you please text over a copy of your electric bill?

What's your email address

Grant1120@gmail.com

Saturday, Aug 19 • 5:46 PM

Are you looking for ownership or lease which offers the lowest payment.

Ownership

Great. I look forward to showing you whatever can offer

Sunday, Aug 20 • 1:01 PM

Good afternoon. When's a good time to discuss the proposal?

Monday, Aug 21 • 11:56 AM

Good Afternoon Brandon. Derrick here from Powur. Just following up on our proposal. We also guarantee to beat or match any price

Saturday, Aug 26 • 1:20 PM

Hi Brandon. This is Derrick from Powur.

Monday, Aug 28 • 8:28 PM

Good evening. The cash price for your solar project is 24k which also includes a main panel upgrade. The solar will offset your utility bill.

Thursday, Aug 31 • 12:22 PM

Hi. Have you been getting my texts?

12:22 PM

Text message

1:12 96%

EDWARD ZAJAC

Thursday, Sep 7 • 10:09 AM

Texting with EDWARD ZAJAC (SMS/MMS)

Hey Brandon, Ed Zajac here. Great talking to you. Here is the link for signing in securely with your electric utility information: https://app.thesuperconnect.com/request/electric/65d89d62-2284-4cd1-b67d-cea9f2ad8a9a

Tap to load preview

Thursday, Sep 7 • 12:11 PM

Just wanted to confirm you received my text, and a reminder to please also send a photograph of your electrical panel whenever you get a chance later on.

12:11 PM

Text message


2:11
13:40
60%
SMITH BOBBY
Baltimore, MD
Add note
(410) 977-8777
Number Verified
Saturday, October 7
10:47 AM
Missed call
7:06 AM
Missed call
Add
Share
Block
More

1:22 94%

ERIC GARCIA

Saturday, Oct 14 • 7:01 PM

Texting with ERIC GARCIA (SMS/MMS)

Good evening Mr. Callier

7:01 PM

This is Eric Garcia from Powur Solar. I have your proposal ready to go over 😁

7:01 PM

We spoke the other day on the phone when you were at work. I'm from San Antonio, Texas.

Text message

12:25 79%

Jamie Thompson

Thursday, Jan 4 • 1:51 PM

Texting with Jamie (SMS/MMS)

Hello Brandon,
This is Jamie Thompson with Powur. I am reaching out to confirm our 4PM call today to go over your solar proposal.
Once confirmed I will send a Google meets invite to callier74@gmail.com

Thank you 😊

Thursday, Jan 4 • 6:47 PM

Did you call earlier? I was on an airplane because my flight in was delayed.

I did reach out. No problem at all. Please let me know when a good time is for you and I can send a meeting invite.
Safe travels:)

6:48 PM

Tomorrow anytime is good

Friday, Jan 5 • 9:30 AM

Good morning. I am available at 4PM today if that works.

Yes

Friday, Jan 5 • 2:08 PM

Hi Brandon, I just sent you a meeting invite:) Looking forward to meeting with you.
Jamie

Friday, Jan 5 • 3:39 PM

We got crossed up because I'm on mountain time

No worries I just realized that I'll hop on in 20 minutes if you're still available. I'm in Amarillo so on CST

I'm the only part of Texas on mountain

I need to reschedule. The airport just called me to come pick up my luggage that didn't make it in on my flight last night

Ok no problem. I'm free all weekend. Just let me know what time works best for you

Tomorrow morning is good if you're available

Sounds good. How does 10:00 MST work?

Friday, Jan 5 • 5:53 PM

Sounds good

Saturday, Jan 6 • 9:55 AM

My apologies. I'm going to need another hour

No problem. I will hop in there in an hour:)

I'll be there

Saturday, Jan 6 • 11:14 AM

I'm in

Sorry. Logging in

11:19 AM • SMS

Text message

11:38 83%

# YOUNG CHRIS

Cincinnati, OH

Add note

(513) 888-0213

Number Verified

Thursday, January 25

10:36 AM
Incoming call, 7 mins 8 sec

Wednesday, January 24

6:15 PM
Missed call

Add Share Block More

Wednesday, Jan 24 • 12:08 PM

RCS chat with (513) 888-0213

Christopher Young

Solar Brokers

Director of Energy Sales Consulting

(513) 888-0213

solarbrokersus.com

chris.young@solarbrokersus.com

Tap to load preview

10am Mountain Time

Can you forward the utility bill to my email address so we can begin working on the Design? We can review everything tomorrow over Zoom or Google Meet

Wednesday, Jan 24 • 3:05 PM

Are you able to forward the utility bill at any point this evening?

Also we forwarded you the Calendar invite for tomorrow's meeting...fyi

Thursday, Jan 25 • 9:20 AM

Received

Friday, Jan 26 • 11:02 AM

Is your subdivision apart of a Homeowners Association

No

Roger that

I am hoping your roof us actually Concrete S Tile

I can find out

That would be quite helpful. Most Solar Companies will not work with Clay bc they are prone to break easily. For that reason I think most Builders are using concrete tiles nowadays 👍

Friday, Jan 26 • 12:53 PM

Was you confirm roof type the Design Team will have the Proposal wrapped up in 5 mins and it will be ready for your Review.

^ Once

Friday, Jan 26 • 3:16 PM

Any insight yet?

Monday, Jan 29 • 1:36 PM

Any insight on the Roof?

When will you have 15 mins to review Proposal via Zoom? No one beats our Prices.

It's clay

Are you 100% certain bc most Builders are no longer using as much clay? They are using Decorative Concrete Roof Tile which looks exactly like yours and resembles clay.

If you want to give me the name to your Builder I can verify for you?

Winton Flair Homes

Roger that

I just verified with Jiemi (Purchasing) that your roof is indeed Decorative Concrete Tile. They don't use clay.

Gotcha

When will you have 15 mins to review Proposal via Zoom?

Not for another couple of hours

5:30 p MT?

Works for me

I will text you 15 mins prior to checkin and then send you Zoom Link

Monday, Jan 29 • 5:17 PM

We're good for 5:30? Ready for the Zoom Link?

Email the link

Thursday, Feb 1 • 11:08 AM

How did the procedure go?

11:08 AM

RCS message

11:36 84%

MARC ROSS

Tuesday, Feb 27 • 4:20 PM

Texting with MARC ROSS (SMS/MMS)

Hey Brandon it's Marc with Powur Solar Hope your well. I'm working on a few option's for solar for you, when are you free to go over ?

I will be free in one hour. Did Mohammed set the appointment for me?

Yeah 👍 I'm actually not finished drawing it up but will be little later this evening could I fallow up tomorrow 7 / 730?

That's fine. TTYL

For sure, have a good evening!!

Thursday, Feb 29 • 6:29 PM

I'll call you back.

Ok

6:29 PM

Text message

11:43 83%

# MARC ROSS

Piqua, OH

Add note

(937) 418-7976

Number Verified

Thursday, February 29

6:29 PM

Declined call

Tuesday, February 27

4:18 PM

Missed call

Add Share Block More

1:34 83%

SMITH BOBBY

Saturday, Oct 7 • 7:11 AM

Texting with SMITH BOBBY (SMS/MMS)

Brandon,
Good morning, a referrer submitted your home with an electric bill for a free proposal for no money down solar. Would you like me to prepare a free proposal and connect you with one of my top people in the area?
Bobby Smith
Field President
Powur Solar

7:12 AM

Text message