# EXHIBIT B-3



# powur

**WHY SOLAR**   **FAQ**   **MAKE A REFERRAL**   **1-866-GO-POWUR**

ENTER ZIP CODE   **GET QUOTE**



YOUR SOLAR PROFESSIONAL
**Derrick Grant**
CONTACT
**856-505-9559**
**Derricktheprofit@gmail.com**

# DID YOU KNOW SOLAR CAN SAVE YOU AN AVERAGE OF $26,000 ON ELECTRICITY COSTS OVER 20 YEARS?

Click below to find out why and learn the answers to your biggest solar questions.

**LEARN HOW**



000488

Callier Appendix -95





Case 3:23-cv-00302-KC   Document 21-8   Filed 03/19/24   Page 6 of 12

000490

Callier Appendix -97











