# EXHIBIT B-4



Brandon Callier <callier74@gmail.com>

---

# Act Now Before Your Proposal Expires!
1 message

---

**Powur** <salessupport@powur.com>  Wed, Jun 21, 2023 at 12:41 PM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

You have your fully customized solar proposal in hand, and ***now is the time to act!*** Your offer expires in just two days, and after that point, prices are subject to change.

Don't miss out on the chance to save money, gain energy independence, and add value to your home.

By sticking with your current utility, you're opting for unpredictable rates and no added home value. Go solar, and you'll gain long-term savings that promote a greener planet — all with zero out-of-pocket costs.

Lock into your solar pricing before it's too late. Contact Jerell Mixon now to seal the deal.


**The Powur Team**


### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**

**Jerell Mixon**

Phone: (480) 431-7017

Email: solarjerell@gmail.com

Website: https://powur.com/solarjerell

    

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can **edit your profile** or **unsubscribe** .

**Terms & conditions**     **Privacy policy**     **Contact us**



Brandon Callier <callier74@gmail.com>

## Act Now Before Your Proposal Expires!
1 message

**Powur** <salessupport@powur.com>  Fri, Oct 6, 2023 at 12:53 PM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

You have your fully customized solar proposal in hand, and ***now is the time to act!*** Your offer expires in just two days, and after that point, prices are subject to change.

Don't miss out on the chance to save money, gain energy independence, and add value to your home.

By sticking with your current utility, you're opting for unpredictable rates and no added home value. Go solar, and you'll gain long-term savings that promote a greener planet — all with zero out-of-pocket costs.

Lock into your solar pricing before it's too late. Contact Ed Zajac now to seal the deal.

**The Powur Team**

### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**

Ed Zajac

Phone: (631) 680-1135

Email: ed@bcras.com

Website: https://powur.com/edzajac

        

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can **edit your profile** or **unsubscribe** .

**Terms & conditions**          **Privacy policy**          **Contact us**



Brandon Callier <callier74@gmail.com>

# Act Now Before Your Proposal Expires!
1 message

**Powur** <salessupport@powur.com>  Fri, Sep 1, 2023 at 10:51 AM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

You have your fully customized solar proposal in hand, and ***now is the time to act!*** Your offer expires in just two days, and after that point, prices are subject to change.

Don't miss out on the chance to save money, gain energy independence, and add value to your home.

By sticking with your current utility, you're opting for unpredictable rates and no added home value. Go solar, and you'll gain long-term savings that promote a greener planet — all with zero out-of-pocket costs.

Lock into your solar pricing before it's too late. Contact Garrett Allred now to seal the deal.

**The Powur Team**

### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
Luis Perez
Phone: (626) 409-5866
Email: luisperezlimitless@gmail.com
Website: https://powur.com/luis.perez5

          

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can **edit your profile** or **unsubscribe** .

**Terms & conditions**          **Privacy policy**          **Contact us**



Brandon Callier <callier74@gmail.com>

## Act Now Before Your Proposal Expires!
1 message

**Powur** <salessupport@powur.com>  Sun, Sep 17, 2023 at 8:47 AM
Reply-To: Powur <salessupport@powur.com>
To: callier74@gmail.com



Hey Brandon,

You have your fully customized solar proposal in hand, and ***now is the time to act!*** Your offer expires in just two days, and after that point, prices are subject to change.

Don't miss out on the chance to save money, gain energy independence, and add value to your home.

By sticking with your current utility, you're opting for unpredictable rates and no added home value. Go solar, and you'll gain long-term savings that promote a greener planet — all with zero out-of-pocket costs.

Lock into your solar pricing before it's too late. Contact Derrick Grant now to seal the deal.


**The Powur Team**


### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**

**Derrick Grant**

Phone: (856) 505-9559

Email: derricktheprofit@gmail.com

Website: https://powur.com/highpointsolar

            

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can **edit your profile** or **unsubscribe** .

**Terms & conditions**          **Privacy policy**          **Contact us**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brandon Callier <callier74@gmail.com>

## We've Got You Covered!
1 message

**Powur** <support@powur.com>　　　　　　　　　　　　　　　　　　　Sun, Jun 25, 2023 at 7:50 AM
To: callier74@gmail.com



Hey Brandon,

**Going solar with Powur is simple. Once you sign your contract, we take care of everything for you.**

Transparent and open communication is a core part of our mission, which also extends to our solar panel installation process — your only job is to sit back and enjoy the benefits of low-cost, clean energy.



Contact Rene Vargas now to solar powur your home with no upfront cost.

**The Powur Team**

### Ready to Move Forward? Contact Your Powur Team Today!



**Independent Solar Consultant**
**Genesis Segovia**
Phone: (210) 781-1349
Email: genesis.solarlife@gmail.com
Website: https://powur.com/genesissegovia

            

If you have questions or need help, don't hesitate to contact our support team!

2683 Via De La Valle, #G321, Del Mar, California, 92014

This message was sent to callier74@gmail.com. If you don't want to receive these emails from Powur in the future, you can **edit your profile** or **unsubscribe** .

**Terms & conditions**          **Privacy policy**          **Contact us**