UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § **EP-23-cv-00302-KC** § **POWUR, PBC INC dba POWUR,** a Delaware § Corporation § § **Defendant.** § § | |

**PROPOSED ORDER**

Upon consideration of the Plaintiff's motion for partial summary judgment, and upon review of the record in dispute, it is hereby

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED;

Dated:_____

_____
**HON. KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**