**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-23-CV-302-KC** |
| | § | |
| **POWUR PBC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the case. On February 29, 2024, Defendant filed a Motion for Partial Summary Judgment ("Motion"), ECF No. 16. After Plaintiff did not timely respond, the Court ordered him to "file a response to the Motion no later than April 8, 2024" and to show cause for not yet responding. Mar. 18, 2024, Order, ECF No. 20. On March 21, 2024, Plaintiff informed the Court that he mistakenly believed there was a twenty-one-day deadline to respond—rather than fourteen days, as set forth in the Local Rules—and thus wrongly "prioritized his workload based on [that] misunderstanding of the deadlines." Pl.'s Resp. to Court's Order Show Cause 1, ECF No. 22.

While the Court admonishes Plaintiff for not adhering to the filing requirements provided in the Local Rules, the Court **FINDS** that Plaintiff has shown good cause for failing to timely respond. As stated in the March 18 Order, Plaintiff shall **FILE** a response to the Motion by no later than **April 8, 2022**, in compliance with the Local Rules and the Court's Standing Order Regarding Motions for Summary Judgment, accessible at https://www.txwd.uscourts.gov/wp-content/uploads/2022/12/Standing-Order-Regarding-Motions-for-Summary-Judgment.pdf.

**SO ORDERED**.

SIGNED this 22nd day of March, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE