IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| Plaintiff, | § § § | |
| v. | § § | **CAUSE NO. EP-23-CV-302-KC** |
| **POWUR PBC,** | § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Stipulated Dismissal ("Stipulation"), ECF No. 26. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all claims in the case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that the parties' respective motions for summary judgment, ECF Nos. 16, 21, are **DENIED** as **MOOT**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 5th day of April, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE